AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**CRIMINAL COMPLAINT**

Damani J. Williams
DOB:
PDID:

**CASE NUMBER:**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __MAY 23, 2005__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant did, (Track Statutory Language of Offense)

unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance; having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm, and did receive a firearm, which had been shipped and transported in interstate and foreign commerce, that is, a loaded Ruger .9MM semi-automatic pistol and a rifle.

in violation of Title __21 & 18__ United States Code, Section(s) __841(a)(1) ; and 922(g)(1)__.

I further state that I am __Inv. DERRICK HYMAN__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
**Signature of Complainant**
**Inv. DERRICK HYMAN**
**FOURTH DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____      at      __Washington, D.C.__
Date                                                                              City and State

_____                     _____
Name & Title of Judicial Officer                                  Signature of Judicial Officer