SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

No. _____ SP1503-05

**COMPLAINT  –  DISTRICT   COURT**

District of Columbia ss:                                      05-311m-01

Defendant's Name:     **DAMANI   WILLIAMS**                                            439-599          066-626
                      _____
                       (First)            (MI)            (Last)              (PDID)         (CCNO)

                                                                              FILED

Address: _____

MAY 3 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

On or about ___5/23/05___, within the District of Columbia, __DAMANI WILLIAMS__, did unlawfully, knowingly

and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of

cocaine, a Schedule II narcotic drug controlled substance.

(**Unlawful Possession with Intent to Distribute Cocaine**, in violation of Title 21, United States Code,
Sections 841(a)(1) and 841(b)(1)(C))

_____
Affiant's Name

Subscribed and sworn to before me this __30__ day of ____MAY____ 2005

_____
(Judge)  (Deputy Clerk)

| Sex: | M | DOB: 12/18/1972 | CCN: | 066-626 | PDID: 439-599 |
|------|---|------|------|------|------|
| | Papering Officer: | **HYMAN,  D.** | | | Badge No.: 877 |

OFFICER MUST EXECUTE RETURN

| Officer's Name: | Date / Time: |
|------|------|
| AUSA | Fel. I    AFTC [ ]    [ ]  [ ] |