UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Cr. No.  05-238 (JDB) |
| ) | |
| DAMANI WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF FILING**

Defendant, Damani Williams, through undersigned counsel, respectfully submits the attached proposed order, per agreement of the Court and the Government at today's arraignment.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender


           /s/
_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C.  20004
(202)  208-7500