UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>DAMANI WILLIAMS, )<br>)<br>Defendant. )<br>) | Cr. No. 05-238 (JDB) |

**ORDER**

Upon consideration of the defendant's unopposed oral motion regarding the defendant's medical treatment at the D.C. Jail for diabetes, it is hereby

**ORDERED** that the Motion is granted; and it is

**FURTHER ORDERED** that Mr. Williams be promptly evaluated at the D.C. Jail for further medical treatment; it is

**FURTHER ORDERED** that Mr. Williams be given proper treatment for his diabetes, which may include appropriate injections of the correct kind of insulin ("fast acting" insulin).

**SO ORDERED.**

DATE: _____   _____
THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE

Copies to:

Jonathan S. Jeffress, AFPD
Trena Carrington, AUSA