UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>DAMANI WILLIAMS<br><br>Defendant. | Criminal No. 05-238 (JDB) |

**FILED**
JUL 0 7 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the defendant's unopposed oral motion regarding the defendant's medical treatment at the D.C. Jail for diabetes, it is hereby

**ORDERED** that the motion is granted; it is

**FURTHER ORDERED** that Mr. Williams be promptly evaluated at the D.C. Jail for further medical treatment; and it is

**FURTHER ORDERED** that Mr. Williams be given proper treatment for his diabetes, which may include appropriate injections of the correct kind of insulin ("fast acting" insulin, if warranted).

**SO ORDERED.**

_____
JOHN D. BATES
United States District Judge

Dated: July 7, 2005

copies to:

Jonathan Jeffress
Office of the Federal Public Defender
625 Indiana Ave., NW, Suite 550
Washington, D.C. 20004
    *Counsel for defendant*

Trena Carrington
United States Attorney's Office
  for the District of Columbia
555 Fourth Street, NW
Washington, D.C. 20530
    *Counsel for United States*