UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 05-0238 (JBD)** |
| | : | |
| v. | : | |
| | : | |
| **DAMANI WILLIAMS,** | : | |
| Defendant. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, and United States Attorney Amy Jeffress, inform the Court that the above-captioned matter is now assigned to Assistant United States Attorney Tonya Sulia, at telephone number (202) 305-2195 and/or email address Tonya.Sulia@usdoj.gov. Ms. Sulia will replace Assistant United States Attorney Amy Jeffress as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney

_____
Amy Jeffress
Assistant United States Attorney
Narcotics Section, Bar No. 449258
555 4th Street, NW, Room 4104
Washington, DC 20530
(202) 514-7624