UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-238 (JDB) |
| | : | |
| v | : | |
| | : | |
| DAMANI WILLIAMS | : | |

## GOVERNMENT'S NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, requests that the Clerk file as part of the record in the above-captioned case the attached correspondence provided to defense counsel.

DATED: July 14, 2005

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____

TONYA SULIA
ASSISTANT UNITED STATES ATTORNEY
(202) 514-7444