IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  )<br>)<br>     **Plaintiff,**    )<br>   v.            )<br>                )   **Crim. No. 05-238 (JDB)**<br>**DAMANI WILLIAMS,**      )<br>                )<br>     **Defendant.**   )<br>_____) | |

**ORDER**

Upon consideration of defendant's motion to suppress, it is hereby

ORDERED that defendant's motion is GRANTED; and it is

FURTHER ORDERED that the evidence is suppressed.

SO ORDERED.

_____
THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE

DATE: