UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CRIM. NO. 05-238 (JDB)** |
| ) | |
| **DAMANI WILLIAMS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**O R D E R**

Upon consideration of Defendant Williams' Motion to Suppress Identification Evidence, the government's Response thereto, and the entire record in this matter, it is this _____ day of _____, 2005, hereby

ORDERED that defendant's Motion is granted.

 

_____
Honorable John D. Bates
U.S. DISTRICT COURT JUDGE