IN THE IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CRIM. NO. 05-238 (JDB)** |
| ) | |
| **DAMANI WILLIAMS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**O R D E R**

Upon consideration of the defendant's motion and any opposition by the government, it is this _____ day of _____, 2005, hereby ORDERED that the government disclose to the defendant's attorney the identity and address of the confidential informant. In the alternative to providing the identity and address of the informant, the government may arrange an interview between defendant's counsel and the informant to occur at least ten days prior to trial.

BY THE COURT:

_____
Honorable John D. Bates
United States District Court Judge