UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 05-238 (JDB) |
| | : | |
| v. | : | |
| | : | |
| **DAMANI WILLIAMS** | : | |

### MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully requests that, pursuant to Federal Criminal Rule 45(b), this Court grant the government an extension of time within which to file its responses to Defendant's Motion to Suppress Evidence, Motion for Disclosure of Information and Production of Confidential Informant, and Motion to Suppress Identification Evidence. In support of this motion, the Government submits as follows:

1. This case was before the Court for a status hearing on July 15, 2005. At that status hearing, a motions hearing was scheduled for September 22, 2005. In connection with that motions hearing, the Court set a motions schedule, ordering motions due by August 5, 2005, responses due by August 19, 2005, and replies due by August 26, 2005.

2. On August 10, 2005, defendant filed a Motion to Suppress Evidence, Motion for Disclosure of Information and Production of Confidential Informant, and Motion to Suppress Identification Evidence.

3. Because defendant filed his motions five days late, the government was given only ten days to file its responses, instead of fifteen, as the Court had originally ordered. Therefore, the government would request an additional five days within which to file its

responses to the defendant's motions.

WHEREFORE, the government respectfully requests that this Court grant the government's Motion for Extension of Time to File Response, and extend the government's time for filing its responses to defendant's motions to August 24, 2005.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
Bar No. 451058


_____
TONYA SULIA
Assistant United States Attorney
555 4th St., N.W.
Room 4243
Washington, DC 20530