UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 05-238 (JDB) |
| | : | |
| v. | : | |
| | : | |
| **DAMANI WILLIAMS** | : | |

**<u>ORDER</u>**

Upon motion of the government in the above-captioned case for an extension of time within which to file its responses to Defendant's Motion to Suppress Evidence, Motion for Disclosure of Information and Production of Confidential Informant, and Motion to Suppress Identification Evidence, and the Court having given consideration to the representations made, it is this _____ day of _____, 2005

ORDERED, that the government's motion is GRANTED. It is further ORDERED that the government's responses to defendant's motions are due by August 24, 2005.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE