UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **Criminal No. 05-238 (JDB)** |
| : | |
| **v.** : | |
| : | |
| **DAMANI WILLIAMS,** : | |
|     **defendant.** : | |

### ORDER

_____Upon motion of the Government in the above-captioned case for the defendant to be ordered to submit to palm and joint printing, and the court having given consideration to the representations made, it is this _____ day of _____, 2005

ORDERED, that the Government's Motion to Require the Defendant to Submit to Palm and Joint Printing is hereby GRANTED.  It is further ORDERED, that the defendant, DAMANI WILLIAMS (PDID XXX-XXX), be produced by the District of Columbia Department of Corrections and the D.C. Jail and be transferred to the custody of the Metropolitan Police Department on the ____ day of _____, 2005 for the purpose of providing palm and joint prints at the Central Cell Block and, at the conclusion of that process, be returned to custody of the D.C. Department of Corrections.

 

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE