# ATTACHMENT A

*JMcA*
*2005-0397*
*5/23/05*

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## SEARCH WARRANT

TO: Chief of Police of the Metropolitan Police Department or Any Member of the Fourth District Focus Mission Unit.
(Specific law Enforcement Officer or Classification of Officer of the Metropolitan Police Department or other Authorized Agency)

AFFIDAVIT, herewith attached, having been made before me by _____Investigator Derrick Hyman_____ of The Fourth District Focus Mission Unit _____ that he has probable cause to believe that the premises known as ▮▮▮▮▮▮▮▮▮▮▮, Northwest, Washington, D.C. described as a two story, red brick duplex, with a basement. It has a brown wooden front door with a glass storm door in front of the brown wooden door. It has a pink and white trim awning over the front door and over all front windows. The numerals ▮▮ are to the right of the front door and are black in color on white background. _____

_____ in the District of Columbia, there is now being concealed property, namely 1) Narcotics and narcotics paraphernalia, books, money, papers and records evidencing the distribution of narcotics, communication devices, cutting agents, assests derived from the proceeds of narcotic trafficking, proof of ownership or occupancy of premises and weapons and ammunition :

Which is _____ in violation of Title 48 of DC Code 904.01 _____ and as I am satisfied
(Alleged ground for seizure)
that there is probable cause to believe that the property so described is being concealed on the above designated
☐ Person, x premises, ☐ vehicle, ☐ object, and that the foregoing grounds for issuance of the warrant exist.

YOU ARE HEREBY AUTHORIZED within 10 days of the date of issuance of this warrant to search in the daytime/at any time of the day or night, the designated ☐ person, x premises ☐ vehicle, ☐ object, for the property specified, and if the property be found there,

YOU ARE COMMANDED TO SEIZE IT, TO WRITE AND SUBSCRIBE in an inventory of the property seized, to leave a copy of this warrant and return, and to file a further copy of this warrant and return with the Court on the next Court day after its execution.

Issued this **23** day of **May** , 2005.

_____
Judge, Superior Court of the District of Columbia

## RETURN

I received the above warrant on **May 23rd** , 2005 and have executed it as follows:
On **May 23rd** , 2005 at **(7:45) 1945 hrs.** a.m. (p.m.) I searched the ☐ person, ☒ premises, ☐ vehicle, ☐ object, described in the warrant and I left a copy of the warrant and return with **Miss Helen Harris (owner)** _____ properly posted.
(name of the person searched or owner, occupant, custodian or person present at place of search)

The following is an inventory of the property taken pursuant to this warrant: **Quantity of Cocaine, Heroin, Drug Paraphernia, Digital Scales, Ruger P-89 9mm Handgun, Ruger 40 cal. Carbin Rifle, w/ Mag. Assortment of 9mm, .380 cal. & .22 Ammunition, .22 cal Magazine, Communication Device, Cutting Agents (Manitol) (1) Book, Mail Matter**

This inventory was made in the presence of **Sgt. Baxa, Inv. Hyman, Inv. Thorne, Inv. Kyle, Inv. Hoetzel, Ofc. Straker, Ofc. Hoffman, Ofc. Weeks.**

I swear that this is a true and detailed account of all property taken by me under this warrant.

_____
Executing Officer

Subscribed and sworn to before me this _____ day of _____ , 2005

_____
Judge, Superior Court of the District of Columbia

/ JMcL
20050397
5/23/05
POZ744A9

**METROPOLITAN POLICE DEPARTMENT**
Washington, D.C.

**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR**

**SEARCH WARRANT**



☐ UNITED STATES
DISTRICT COURT

☐ SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA

---

FOR THE ENTIRE PREMISES KNOWN AS ▇▇▇▇▇▇ STREET, NORTHWEST, WASHINGTON, D.C. THE PREMISES IS DESCRIBED AS A TWO STORY, RED BRICK DUPLEX, WITH A BASEMENT. IT HAS A BROWN WOODEN FRONT DOOR WITH A GLASS STORM DOOR IN FRONT OF THE BROWN WOODEN DOOR. IT HAS A PINK AND WHITE TRIM AWNING OVER THE FRONT DOOR AND OVER ALL FRONT WINDOWS. THE NUMERALS ▇ ARE TO THE RIGHT OF THE FRONT DOOR AND ARE BLACK IN COLOR ON WHITE BACKGROUND.

1. Your affiant, has been a sworn police officer for over ten years. I am currently assigned to the Fourth District Focus Mission Unit of the Metropolitan Police Department. I am responsible for investigating narcotic complaints. During my tenure, your affiant has conducted and assisted with numerous criminal investigations for narcotics. During these investigations, your affiant has handled and field tested numerous types of drugs including, but not limited to, Marijuana, Cocaine, Crack Cocaine, Heroin, LSD, PCP and Ecstasy. I have assisted in the service of several search and seizure warrants where numerous narcotics, firearms, and money were seized. I have worked with outside Law Enforcement Agencies in the investigation and detection of criminal activity and drug trafficking. It is the experience of your affiant that cutting agents and communication devices are used to aide in the distribution of narcotics and that distributors of illegal drugs frequently maintain on their premises and secrete within the curtilage of their premises their narcotics, paraphenilia for packaging, proceeds from narcotic sells, proof of residence and illegal weapons for their protection.

2. Your affiant received anonymous information that narcotics were being sold from ▇▇▇▇▇ Street, Northwest, Washington, D.C.

3. In the past seventy-two hours, Special Employee 05-0005, hereinafter referred to as (IT), contacted your affiant and your affiant briefed (IT) about purchasing a quantity of cocaine from ▇▇▇▇▇ Street, Northwest, Washington, D.C. In the past (IT) has provided information which has been corroborated by MPDC narcotics investigtors, resulting in the arrest of numerous individuals for felony and misdemeanor narcotic offenses. (IT) has provided information about open air drug markets along with the identity of persons trafficking narcotics in those markets. The information resulted in the seizure of crack cocaine and heroin. (IT) was debriefed concerning narcotic drug trafficking and (IT) provided factual information. No information that was provided by (IT) has ever been proven to be false. Your affiant met with (IT) at a prearranged location where a thorough search was conducted on (IT) for contraband and or money. There were negative results, and (IT) was given a sum of money from MPDC funds. (IT) was directed to go to ▇▇▇▇▇, Northwest, Washington, D.C., to purchase cocaine. Your affiant observed (IT) walk to the front of ▇▇▇▇▇, Northwest, Washington, D.C., without coming in contact with anyone and enter the front door of the premises. A short time later (IT) was observed exiting the front door of the premises. (IT) then returned directly to your affiant at a prearranged location without coming into contact with anyone and turned over a quantity of white powder substance to your affiant. (IT) was again searched for any additional contraband with negative results. A portion of the white powder substance gave a positive color reaction for cocaine.

1

Your affiant debriefed (IT) and (IT) stated, that (IT) entered the premises and observed a quantity of cocaine and heroin inside the premises. (IT) then gave a unknown black male a sum of MPDC funds in exchange for a quantity of white powder substance. Your affiant conducted surveillance at ▓▓▓▓▓▓▓▓▓▓, Northwest, Washington, D.C., during day and night time hours and observed pedestrian and vehicle traffic going in and out of the premises. Based on the past narcotic investigative experience of your affiant, the surveillance and the quantity of cocaine purchased from inside ▓▓▓▓▓▓ Street, Northwest, Washington, D.C., it is your affiant's belief that narcotic trafficking is occurring from inside this address. The traffic is occurring at all times, night or day. It is your affiant's belief, that secreted within the premises is contraband, namely cocaine, which is in violation of the Uniformed Controlled Substance Act, Title 48, Section 904.1(a) of the D.C. Code.

4. It is therfore respectfully requested that a search warrant be issued for the entire premises including curtilage, to include any containers of ▓▓▓▓▓▓▓▓▓▓▓▓, Northwest, Washington, DC. For the seizure, if any and all narcotics, narcotic paraphenilia, books, money, papers and records evidencing the distribution of narcotics, communication devices, cutting agents, assests derived from the proceeds of narcotic trafficking, proof of ownership or occupancy of premises and weapons and ammunition, which is in violation of the District of Columbia's narcotic law, Title 48 Section 904.1(a) DC Code.

_____                    _____
**Affiant**                                                              **United States Attorney**

4-D FNU
**Element**

Subscribed and sworn to before me this __23__ Day of __May__, __2005__

_____                    _____
**Magistrate**                                                         **Judge**
**United States District Court**                          **Superior Court Of The District Of Columbia**

2