UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

DAMANI WILLIAMS,

Defendant.

Criminal No. 05-238 (JDB)



FILED
OCT 13 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the motion of the government in the above-captioned case for the defendant to submit to palm and joint printing, which defendant has not opposed, and the Court having given consideration to the representations made, it is this __13th__ day of October, 2005, hereby

**ORDERED** that the government's motion to require the defendant to submit to palm and joint printing is **GRANTED**; and it is further

**ORDERED** that the defendant, DAMANI WILLIAMS (PDID-439-599), be produced by the District of Columbia Department of Corrections and the D.C. Jail and transferred to the custody of the Metropolitan Police Department on the __17th__ day of __October__, 2005 for the purpose of providing palm and joint prints at the Central Cell Block and, at the conclusion of that process, be returned to the custody of the D.C. Department of Corrections.

JOHN D. BATES
United States District Judge

Copies to:

Michelle M. Peterson
Office of the Federal Public Defender
625 Indiana Ave., NW, Suite 550
Washington, D.C. 20004
Email: shelli_peterson@fd.org
    *Counsel for defendant*

Trena Carrington
United States Attorney's Office
  for the District of Columbia
555 Fourth Street, NW
Washington, D.C. 20530
Email: tonya.sulia@usdoj.gov
    *Counsel for United States*