UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 05-238 (JDB) |
| | : | |
| DAMANI WILLIAMS, | : | |
| Defendant. | : | |

## GOVERNMENT'S MOTION FOR GUIDELINES CREDIT

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court, pursuant to § 3E1.1(b) of the Sentencing Guidelines and paragraph 10 of the plea agreement between the United States and the defendant, to adjust the defendant's offense level down one level reflecting the defendant's early plea of guilty in this matter, and thereby permitting the government to avoid preparing for trial and permitting the court to allocate its resources efficiently.

As grounds for this motion the government cites the obvious cost-savings for all parties by avoiding the need to dedicate court, prosecution and defense resources to a full jury trial of this matter. The defendant's plea avoided these costs; therefore, the additional one-level adjustment to his offense level would be appropriate.

**WHEREFORE** we respectfully submit that pursuant to § 3E1.1(b) of the Sentencing Guidelines, it is appropriate in this case to reduce defendant's offense level by one level reflecting his early entry of plea of guilty in this matter.

    Respectfully submitted,

    KENNETH L. WAINSTEIN
    United States Attorney

    _____
    G. MICHAEL HARVEY
    Assistant United States Attorney
    555 4th St., N.W.
    Room 4243
    Washington, DC 20530

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing was served by first class mail upon counsel for defendant, Michelle Peterson, Esq., at Office of the Federal Public Defender 625 Indiana Ave., N.W., Suite 550, Washington, DC 20004, on this 3rd day of January, 2006.

                                                            _____
                                                            G. MICHAEL HARVEY
                                                           ASSISTANT U.S. ATTORNEY
                                                           555 4th St., N.W.
                                                           Room 4243
                                                           Washington, DC 20530