UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **Criminal No. 05-238 (JDB)** |
| | : | |
| **DAMANI WILLIAMS,** | : | |
| **Defendant.** | : | |

<u>**ORDER**</u>

Upon consideration of the Government's Motion for Guidelines Credit, and the record herein, it is this _____ day of _____, 2006, hereby

ORDERED, that the Government's Motion be Granted.

_____
UNITED STATES DISTRICT JUDGE