**HONORABLE JOHN D. BATES, UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Docket No.: <u>CR-05-238-01</u> |
| vs. | : |
| WILLIAMS, Damani | : Disclosure Date: <u>November 28, 2005</u> |

**RECEIPT AND ACKNOWLEDGMENT OF
PRESENTENCE INVESTIGATION REPORT**

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:



FILED
JAN 0 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**For the Government**
(CHECK APPROPRIATE BOX)

(X) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____           12/9/05
Prosecuting Attorney                    Date

**For the Defendant**
(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____   _____  _____
**Defendant**           **Date**        **Defense Counsel**    **Date**

**NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM**

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **December 12, 2005**, to U.S. Probation Officer **Michael Penders**, telephone number **(202) 565-1379**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**
By: Richard A. Houck, Jr., Chief
United States Probation Officer