HONORABLE JOHN D. BATES, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-05-238-01</u> |
| vs. | : | |
| WILLIAMS, Damani | : | Disclosure Date: <u>November 28, 2005</u> |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

**FILED**
JAN 0 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____        _____
**Prosecuting Attorney**                                  **Date**

#### For the Defendant

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

(X)   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____        _Michelle Peterson_  12/15/05
**Defendant**           **Date**          **Defense Counsel**          **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **December 12, 2005**, to U.S. Probation Officer **Michael Penders**, telephone number <u>(202) 565-1379</u>, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**
**By:**   Richard A. Houck, Jr., Chief
United States Probation Officer

1) We agree with the offense level calculation but dispute the criminal history score.

We believe the offenses listed in paragraphs 32 and 33 of the draft PSR should be treated as related cases.

We also assert that the gov't has failed to prove the convictions in paragraph 27 sufficiently.

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: 12/15/05