UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : Criminal No. 05-0238 (JDB) |
| DAMANI J. WILLIAMS, | : |

## NOTICE OF APPEAL

Name and address of appellant:    Damani Williams
DCDC 257-774
DC Correctional Facility
1901 E Street, SE
Washington, DC 20003

Name and address of appellant's attorney: Michelle Peterson
Assistant Federal Public Defender
625 Indiana Ave.,.W., Suite 550
Washington, DC 20004

**Offense:** Counts 2 & 3: 21:841(a)(1) and (b)(1)(C)Unlawful Possession with Intent to Distribute Cocaine and Heroin

**Concise statement of judgment or order, giving date, and any sentence:** 2/7/06: 32 months imprisonment; upon release 3 years supervised release; $200 special assessment.

**Name of institution where now confined, if not on bail:** DC Correctional Facility - CTF

I, the above-named appellant, hereby appeal to the United States Court of Appeals

for the District of Columbia from the above-stated judgment.

| | |
|---|---|
| _____02/13/06_____ | _____Damani Williams_____ |
| DATE | APPELLANT |

CJA, NO FEE ____X____                          _____/s/_____
PAID USDC FEE _____        ATTORNEY FOR APPELLANT
PAID USCA FEE _____

Does counsel wish to appear on appeal? Yes
Has counsel ordered transcripts/Yes
Is this appeal pursuant to the 1984 Sentencing Reform Act/Yes

1