# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-3025**                         **September Term, 2006**

05cr00238-01

**FILED MAY - 1 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Filed On:

United States of America,
      Appellee

v.

Damani J. Williams,
      Appellant

*UNITED STATES COURT OF APPEALS FOR DISTRICT OF COLUMBIA CIRCUIT FILED APR 30 2007 CLERK*

### O R D E R

Upon consideration of appellant's motion to dismiss and the affidavit thereto, and appellant's supplemental motion to dismiss and the affidavit thereto, it is

**ORDERED** that the motions be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

BY:                               /s/ Nancy Dunn
                                          Nancy G. Dunn
                                          Deputy Clerk